

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

Gerald C. Mann
~~WILL WILSON~~
ATTORNEY GENERAL

Hon. Robert D. Penn
County Attorney
Reeves County
Pecos, Texas

Dear Sir:

Opinion No. O-1144
Re: Is the County Judge entitled to a
three dollar fee in a civil case,
where the plaintiff dismisses the suit
in vacation, before an answer is filed
and pays the costs?

Your request for an opinion upon the above stated question has been received by this department.

We quote from your letter as follows:

"A question has arisen in this County regarding the proper charge for a fee of office by the County Judge in a civil case under the following facts:

"A civil suit was filed in County Court but no citation was issued and several days later upon settlement of the suit the Plaintiff desired to pay the costs and dismiss the suit in vacation by notation on the docket, as no answer had been filed. The question has arisen as to whether in such a case the County Judge's fee of $3.00 should be charged. Article 3926, R.C.S., 1925, provides for a fee of $3.00 for the County Judge 'for each civil case finally disposed of by him by trial or otherwise' but as the case was dismissed in vacation and the County Judge has had to enter no judgment of any kind, the Plaintiff questions his right to a fee.

"I would appreciate your advice as to whether or not in a situation such as this the Judge is entitled to a fee."

Article 3926, Revised Civil Statutes of Texas, in part, reads as follows:

"The county judge shall also receive the following fees:

"1. ***

"2. *** For each civil cause finally disposed of by him by trial or otherwise, three dollars, to be

taxed against the party cast in the suit;
***"

Article 2089, Revised Civil Statutes of Texas, reads
as follows:

"The plaintiff may enter a discontinuance
on the docket in vacation, in any suit wherein
the defendant has not answered, on the payment
of all costs that have accrued thereon."

You are, therefore, respectfully advised that it is
the opinion of this department, under the facts stated in your
letter, the county judge would not be entitled to a three dol-
lar fee in a civil case dismissed by the plaintiff in vacation
before any answer was filed and where the plaintiff paid all
costs that had accrued thereon.

Trusting that this answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By /s/ Wm. J. Fanning
Wm. J. Fanning, Assistant

APPROVED JUL 22, 1939
/s/ W. F. Moore
FIRST ASSISTANT ATTORNEY GENERAL

APPROVED: OPINION COMMITTEE
BY:        T.P.R., CHAIRMAN

WmJF:ob:wb